UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| HICA EDUCATION LOAN CORPORATION,<br>　　Plaintiff, | )<br>)<br>)<br>) |
| v. | )　Case No. 7:11-cv-00030-FL |
| ANTHONY K. NJAPA,<br>　　Defendant | )<br>)<br>) |

## CLERK'S ENTRY OF DEFAULT

Plaintiff, HICA Education Loan Corporation, requested that default be entered against Defendant, Anthony K. Njapa. From the record and the Clerk's file in this case, Defendant has failed to appear, plead, or otherwise defend in this case.

THEREFORE, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, default is entered against Defendant, Anthony K. Njapa.

DATED this _2nd_ day of _June_, 20 _11_.

UNITED STATES DISTRICT CLERK
EASTERN DISTRICT OF NORTH CAROLINA

_____
CLERK OF THE COURT