UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

HICA EDUCATION LOAN )
CORPORATION, )
    Plaintiff, )
 )
v. ) Case No. 7:11-cv-00030-FL
 )
ANTHONY K. NJAPA, )
    Defendant )

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Before the Court is Plaintiff's Motion to Dismiss Without Prejudice. The Court has considered the motion and finds that good cause exists for the dismissal of this case without prejudice.

IT IS THEREFORE ORDERED that the above-entitled and numbered case shall be, and hereby is, dismissed without prejudice. Costs shall be borne by the party incurring same.

SIGNED this 18th day of September, 2011.

*/s/ Louise W. Flanagan*
UNITED STATES DISTRICT JUDGE PRESIDING